IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DAVID EVANS | : | CIVIL ACTION |
| vs. | : | |
| CAPITAL COLLECTION SERVICES *a/k/a or t/a or d/b/a* NOSOMA SYSTEMS, INC. *a New Jersey fictitious entity* & | : : : | NO.11-cv-05832-NLH-AMD |
| NOSOMA SYSTEMS, INC. *a/k/a or t/a or d/b/a* CAPITAL COLLECTION SERVICES *a New Jersey Corporation* | : : | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiff, David Evans, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Warren & Vullings, LLP
93 Old York Road, Ste. 333
Jenkintown, PA 19046
215-745-9800
Attorney for Plaintiff
bv@w-vlaw.com